**No. 50441.**—Protests 111908–K of Hershey Corp. (New York).

Opinion by KEEFE, J. At the trial it was agreed that the amended memorandum of the collector be admitted in evidence and the case was submitted by both sides upon said memorandum. In view of the evidence presented, it was held that the merchandise in question is properly assessable with duty and internal revenue taxes upon the basis of the net landed weight of 5,130,300 pounds as claimed.